THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL MONTAGNO, Appellant.

Submitted April 2, 1945; decided April 12, 1945.

*Michael Montagno* for motion.

No one opposed.

Motion denied on the ground that no appeal lies to this court from the order.